```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

     **v.**                          Cr. No. 07- -

**Keith Edgecomb**

## INFORMATION

**The United States Attorney charges:**

### COUNT ONE

**[21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 846 - Conspiracy to Possess with Intent to Distribute Marijuana]**

Beginning in or about 2001 and continuing through in or about March 2002, in the District of New Hampshire and elsewhere, the defendant,

**Keith Edgecomb,**

knowingly, intentionally and unlawfully agreed and conspired together and with other persons known and unknown to the U.S. Attorney, to possess with intent to distribute a quantity of of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

                                            THOMAS P. COLANTUONO
                                            United States Attorney

                                            /s/ Mark A. Irish
                                      By: Mark A. Irish
                                            Assistant U.S. Attorney

Dated: January 31, 2007