UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States

    v.

Keith Edgecomb

Case No. 07-cr-47-01-SM

## ORDER RE DISPOSITION OF SEALED DOCUMENTS

The following documents were ordered sealed and scanned and maintained electronically on the court's electronic docket:

| Document No. | Description |
|---|---|
| 11 | Motion Pursuant to U.S. Sentencing Guidelines Section 5K1.1 |
| 12 | Assented to Motion to Seal [11] Motion Pursuant to U.S. Sentencing Guidelines Section 5K1.1. |

**IT IS ORDERED THAT** unless a response is filed within fourteen days after service requesting an alternative form of disposition, the documents will:

- ☐ The docket text entries will remain on the record and the documents removed.
- ☒ Be unsealed, docketed, and filed in the case.
- ☐ Remain sealed until

Counsel shall, except in ex parte situations, attempt to agree on the manner of disposition if other than that ordered by the Court.

SO ORDERED.

Steven J. McAuliffe
United States District Judge

Date: March 19, 2014

cc: Robert Veiga, AUSA,
    Deputy Criminal Chief
   Adam Bernstein, Esq.